UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-20965-LENARD

UNITED STATES OF AMERICA

v.

ELIGIO BACALLAO,

    Defendant.
_____/

## VERDICT FORM

We, the Jury in the above-captioned case, unanimously find the Defendant, ELIGIO BACALLAO, as to Count 1 of the Superseding Indictment:

    NOT GUILTY _____   GUILTY ✓

We, the Jury in the above-captioned case, unanimously find the Defendant, ELIGIO BACALLAO, as to Count 2 of the Superseding Indictment:

    NOT GUILTY _____   GUILTY ✓

SO SAY WE ALL.

Signed and dated at the United States Courthouse, Miami, Florida, this 19 day of January, 2024.

Foreperson's Signature [signature]   Foreperson's Name [redacted]